## No. 2676.

CONSOLIDATED ASSOCIATION OF THE PLANTERS OF LOUISIANA *v.* E. BLANC AND J. A. BLANC.

Where a rule was taken on the holder of a judicial mortgage and on the recorder of mort- gages to show cause why said judicial mortgage should not be cancelod and erased, on the ground that the notes on which the judgment was founded were given in part pay- ment of the price of a slave;

Held—That the judgment was *ab initio* void. The court was without power to render it, the notes were illegal and invalid, and the judgment in which they merged necessarily so. likewise.

APPEAL from the Fifth District Court, parish of Orleans.   *Leau- mont,* J.   J. *Lavergne,* for plaintiffs and appellants.   *Hornor &. Benedict,* for defendants and appellants.

Justices concurring: Ludeling, Taliaferro, Howell, Morgan.

TALIAFERRO, J.   This is a proceeding to cause to be annulled the recording of a judgment, from which a judicial mortgage purported.

Consolidated Association of the Planters of Louisiana v. E. Blanc and J. A. Blanc.

to exist. The facts are that in March, 1862, Everiste Blanc bought a slave on credit, and gave three notes for the price, each note for $216 66¾. These notes were drawn by E. Blanc to the order of and indorsed by James Arthur Blanc, and were discounted in the ordinary way of business by the plaintiffs. On the eleventh June, 1866, the plaintiffs obtained final judgment on all three of these notes, and had the judgment recorded to operate a judicial mortgage.

On the eleventh January, 1870, E. Blanc took a rule on the plaintiffs and the recorder of mortgages to show cause why the judicial mortgage showing on the records of the office should not be canceled and erased, on the ground that the notes on which the judgment was founded were given in part payment of the price of a slave. The sale was made absolute, and the defendants in rule have appealed.

The judgment was *ab initio* void. The court was without power to render it. The consideration for which the notes sued upon were given was one reprobated by law. The notes were illegal and invalid, and the judgment in which they were merged necessarily so likewise. Wainwright *v.* Bridges, 19 An. 234; Groves *v.* Clark & Carneal, 21 An. 567.

Judgment affirmed.